UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN JAMES RETTIG,

    Plaintiff,                                      Case No. 24-cv-10298

v.                                                  HON. MARK A. GOLDSMITH

ALLEN BENDARSKI et al.,

    Defendants.
_____/

## **JUDGMENT**

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                                KINIKIA ESSIX
                                                CLERK OF THE COURT

                             By:    s/Carolyn Ciesla
                                                     DEPUTY COURT CLERK

APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: January 10, 2025